RECEIVED

MAY - 8 2017 CMO

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DALE MILLER<br>LA. DOC #479248<br>VS.<br><br>WARDEN VANNOY | CIVIL ACTION NO.6:16-CV-1670<br><br>SECTION P<br><br>JUDGE REBECCA F. DOHERTY<br><br>MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition be deemed a successive petition for writ of *habeas corpus* and be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 8th day of May, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE